AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00240-JFC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RITE AID CORPORATION
was received by me on *(date)* 2/19/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (authorized person at the agent), who is designated by law to accept service of process on behalf of *(name of organization)* RITE AID CORPORATION C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801 on *(date)* 2/19/2020 AT 12:30 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 2/19/2020

*Server's signature*

DENORRIS BRITT          PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS & COMPLAINT.

SWORN TO ON 2/19/2020

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
Commission Expires September 11