# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA and MATTHEW KOLESAR,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RITE AID CORPORATION and HIGI SH, LLC,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00240-JFC |

## **STIPULATION OF DISMISSAL**

　　　　Plaintiffs Robert Jahoda and Matthew Kolesar (collectively, "Plaintiffs") and Defendants Rite Aid Corporation and higi SH, LLC (collectively, "Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiffs and Defendants; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.


Dated: October 9, 2020　　　　　　　　　　　　Respectfully Submitted,

*/s/ R. Bruce Carlson*　　　　　　　　　　　　*/s/ Minh N. Vu*
R. Bruce Carlson　　　　　　　　　　　　　　Minh N. Vu (*Pro hac vice*)
Kelly K. Iverson　　　　　　　　　　　　　　SEYFARTH SHAW LLP
CARLSON LYNCH, LLP　　　　　　　　　　975 F Street, NW
1133 Penn Avenue, 5th Floor　　　　　　　　　Washington, D.C. 20004-1454
Pittsburgh, PA 15222　　　　　　　　　　　　202-463-2400
412-322-9243　　　　　　　　　　　　　　　mvu@seyfarth.com
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com　　　　　　　　　*Attorney for Defendants*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on October 9, 2020.

*/s/ R. Bruce Carlson*